FILED
CLERK, U.S. DISTRICT COURT
October 1, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Pedro Jimenez** | NO. **CV 18-05688 SJO (ASx)** |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| **Arsenio Santos, et al** | |
| Defendant(s). | |

    On 08/28/2018, the Court issued an Order to Show Cause re dismissal for Plaintiff's lack of prosecution. The Court advised plaintiff that it will consider the Plaintiff's filing of the Proof of Service as an appropriate response to this Order to Show Cause, on or before 09/27/2018. On 09/25/18, Plaintiff filed a response to the Court's Order to Show Cause requesting an additional 1-2 months to serve the Defendant at both the business address and at the residential address. The Court does not find good cause to extend the time for service beyond the 90 days permitted under Fed. R. Civ. P. 4(m). Accordingly, the Court Denies Plaintiff's request and hereby DISMISSES the instant case for lack of prosecution, without prejudice.

Dated: October 1, 2018

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE